1004

[No. 49861-4-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LAMONT PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04287-2, Douglas D. McBroom, J., entered December 21, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J., and Ellington, J.

[Nos. 49989-1-I; 49994-7-I;   Division One.   November 10, 2003.]
50052-0-I.

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON V. SUTTON, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 00-1-11284-6, 00-1-11286-2, and 00-1-11285-4, Douglas D. McBroom, J., entered February 2, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Agid, JJ.

[No. 50094-5-I.   Division One.   November 10, 2003.]

*In the Matter of the Marriage of* DEREK W. WHITTLE, *Appellant*, and JOY WHITTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-01371-9, Gregory P. Canova, J., entered January 30, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50322-7-I.   Division One.   November 10, 2003.]

THE CITY OF TUKWILA, *Respondent*, v. RONALD BELEC, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03699-4, Robert H. Alsdorf, J., entered March 19, 2002. *Reversed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Coleman, J.